**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Omar WRIGHT, Petitioner**

**No. 7 EAL 2017**

Supreme Court of Pennsylvania.

May 22, 2017

PER CURIAM

### ORDER

AND NOW, this 22nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**